# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MARIO LIMON<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 15-mj-290 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARIO LIMON                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

conspiracy distribute methamphetamine in violation of 21 USC 846

Date: 9/23/15

_____
Issuing officer's signature

City and state:   Sioux City, Iowa           LEONARD T. STRAND, U.S. Magistrate Judge
                                             *Printed name and title*

Suspect arrested by DEA

### Return

| | Agency Name | |
|---|---|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)*     on 9/23/2015 in the Northern District of Iowa

Date: _____

_____
*Arresting officer's signature*

USMS Signature

_____
*Printed name and title*