IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIO LIMON,<br><br>　　　　Defendant. | No. 15mj290<br><br>**ORDER** |

_____

At the defendant's counsel's request the detention hearing and preliminary examination previously scheduled for September 28, 2015, at 2:00 p.m. is **cancelled**.

**IT IS SO ORDERED.**

**DATED** this 25th day of September, 2015.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE