# United States District Court

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| MARIO LIMON | |
| | Case Number: 15:mj-290 |

**IT IS ORDERED** that the defendant's release is continued subject to all previously ordered conditions and the following added condition(s):

Special Condition (k): Have no contact, direct or indirect, with Michelle Limon and Charlene Sanchez.

Special Condition (s): Participate in a mental health evaluation and/or treatment program. This may include participation in a sex offender treatment program or any such similar program. You must take all medications prescribed to you by a licensed psychiatrist or physician.

Date: 9/28/15

Leonard T. Strand, U.S. Magistrate Judge

### Acknowledgment of Defendant

I agree to obey all of the conditions of my release including the above modification. I also acknowledge that I am aware of the penalties and sanctions for not abiding by any of these agreements or conditions.

Date: 9-25-15

Mario Limon
**Defendant**